LESLIE A. WHALEY,
*Petitioner,*

*v.*

DEPARTMENT OF CORRECTIONS,
*Respondent.*

(CA A69239)

852 P2d 200

Leslie A. Whaley, Salem, filed the brief *pro se.*

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Leeson, Judges.

PER CURIAM

## PER CURIAM

Petitioner challenges the validity of OAR 291-158-005; OAR 291-158-010; OAR 291-158-015 and OAR 291-158-015(10) as not having been adopted in compliance with the notice provision of ORS 183.335(2)(a) and OAR chapter 291, division 1. The notice given complied with the applicable statute and administrative rules.

Rules held valid.